**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7451**

DAYYAN ATTA BEY EX REL DERICK SEALEY,

Petitioner - Appellant,

v.

RONALD D. MYERS, Superintendent; RALPH NORTHAM, Governor,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:18-cv-01074-AJT-JFA)

Submitted: April 4, 2019                                    Decided: April 10, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dayyan Atta Bey ex rel Derick Sealey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derick Sealey appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (2012) petition for failure to comply with its prior order. *See* Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *Sealey v. Myers*, No. 1:18-cv-01074-AJT-JFA (E.D. Va. filed Nov. 13, 2018 & entered Nov. 14, 2018). We deny as unnecessary a certificate of appealability and deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*